# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DAVID LIBRACE, *et al.*, | |
| *Plaintiff*, | Civil Action No: 4:16-CV-00057 |
| v. | |
| MARK MARTIN, *et al.*, | |
| *Defendants*. | |

## MOTION TO DISMISS

Senator Marco Rubio hereby moves this Court to dismiss Mr. Librace's Complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction. Mr. Librace does not have standing to bring his Complaint. Additionally, this case should be dismissed because it raises a non-justiciable political question.

Senator Rubio further moves this Court to dismiss the Complaint under Fed. R. Civ. P. 12(b)(5) for improper service. Senator Rubio has not been served with this Complaint and has not received any summons.

Finally, Senator Rubio moves this Court to dismiss Mr. Librace's Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Senator Rubio was born in the United States. He is therefore a natural born citizen and is otherwise eligible to serve as President.

1

Respectfully submitted this 28th day of February 2016,

By:   /S/  

Jason Torchinsky (VA 47481)
jtorchinsky@hvjlaw.com
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Phone: 540-341-8808
Fax: 540-341-8809

*Counsel to the Marco Rubio*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a notification to all counsel of record.

I hereby further certify that the foregoing was mailed via First Class mail on February 28, 2016 to the Plaintiff at:

David Librace
203 S. 7th Street
West Helena, Arkansas 72390

In addition, because of the timing of this matter and the hearing, I electronically emailed the foregoing to David Librace at dlibrace@yahoo.com.


Respectfully submitted,


By:  /S/

Jason Torchinsky (VA 47481)
jtorchinsky@hvjlaw.com
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Phone: 540-341-8808
Fax: 540-341-8809

*Counsel to Marco Rubio*